THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DANYA DAVIS, SHANNON WEBB, and BERNESSA WILSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PACKER ENGINEERING, INC. and THE PACKER GROUP, INC.,** )<br>)<br>**Defendants.** ) | **Case No.: 11-CV-07923**<br><br>**Hon. Judge Andrea R. Wood** |

## PLAINTIFFS' MOTION TO COMPEL

Plaintiffs, by and through their attorneys, the undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 37, respectfully request this Honorable Court compel Defendants to produce for inspection and copying, insurance agreements, pursuant to FRCP Rule 26(a)(1)(A)(iv), and in support thereof, state as follows:

1. On November 7, 2011, Plaintiffs commenced this action, seeking redress for gender discrimination, sexual harassment, retaliation and a hostile work environment, which occurred from 2007 through 2010, and which involved directors and officers of Defendants discriminating against, retaliating against, harassing and creating a hostile work environment for Plaintiffs. (ECF 1).

2. The case is currently fully-briefed on cross motions for summary judgment, and awaiting ruling by the Court.

3. On February 16, 2012, the Court ordered Rule 26(a)(1) disclosures to be made by March 9, 2012. (ECF 24).

1

4. To date, Defendants have only produced their Employment Practices Liability ("EPL") insurance policies for years 2010 and 2011.

5. Defendants have not produced EPL insurance policies for years 2007-2009.

6. Defendants have not produced their Directors and Officers ("D&O") insurance policies for any of the relevant time period, 2007-2011.

7. Pursuant to FRCP Rule 26(a)(1)(A)(iv), Defendants are required to provide Plaintiffs:

> "(iv) for inspection and copying as under Rule 34, any
> insurance agreement under which an insurance business
> may be liable to satisfy all or part of a possible
> judgment in the action or to indemnify or reimburse
> for payments made to satisfy the judgment". FRCP, Rule 26(a)(1)(A)(iv).

8. In this case, pursuant to Rule 26, Defendants are required to provide for inspection and copying, any outstanding insurance policies which may satisfy all or part of a possible judgment, including, but not limited to, EPL policies for years 2007-2009, and D&O policies for years 2007-2011.

9. On February 8, 2016, Plaintiffs' counsel emailed Defendants' counsel requesting production of the aforementioned missing insurance policies. *Group Exhibit A, Email Exchange Between Peter Currie and Jim Borcia*.

10. On February 11, 2016, Plaintiffs' counsel and Defendants' counsel exchanged emails regarding production of the insurance policies, and Plaintiffs' counsel provided Defendant two weeks, until February 25, 2016, to produce the insurance policies. *Id.*

2

11. On February 11, 2016, Plaintiffs' counsel requested times Defendants' counsel would be available for a Rule 37 conference if Defendant would not produce the insurance policies within two weeks. *Id.*

12. As of the date of the filing of this motion, March 1, 2016, Defendants have yet to produce the insurance policies, and have not responded to Plaintiffs' counsel's good faith attempt to have a Rule 37 conference.

WHEREFORE, Plaintiffs respectfully request the Court grant their motion to compel, and order Defendants to produce, within two weeks, copies of Defendants' EPL insurance policies for years 2007-2009, copies of Defendants' D&O insurance policies for years 2007-2011, and any other insurance policies of Defendants which may satisfy all or part of a possible judgment, including, but not limited to, excess coverage policies.

Dated: March 1, 2016.                    Respectfully submitted,

**DANYA DAVIS, et al.**

**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**

/s/Peter L. Currie
Kathleen C. Chavez, Esq. (#6255735)
Robert M. Foote, Esq. (#03214325)
Matthew J. Herman, Esq. (#06237297)
Peter L. Currie, Esq. (#06281711)
Foote, Mielke, Chavez & O'Neil, LLC
10 West State Street
Suite 200
Geneva, IL 60134
Tel. No.: (630) 232-7450

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2016, I electronically filed the foregoing Joint Reassigned Status Report with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

                                                                /s/Peter L. Currie