# GROUP EXHIBIT A

# Maria Huerta

| | |
|---|---|
| **From:** | Peter L. Currie |
| **Sent:** | Thursday, February 11, 2016 11:49 AM |
| **To:** | Maria Huerta |
| **Subject:** | Fwd: Davis. et al., v Packer |

Please print

Peter Currie, Esq.
Foote, Mielke, Chavez & O'Neil, LLC
10 West State Street
Geneva, IL 60134
Suite 200
(630) 232-7450

55 West Wacker Drive
9th Floor
Chicago, IL 60602
plc@fmcolaw.com

Sent from my iPhone

Begin forwarded message:

> **From:** "James K. Borcia" <JBorcia@tresslerllp.com>
> **Date:** February 11, 2016 at 11:34:37 AM CST
> **To:** "'Peter L. Currie'" <plc@fmcolaw.com>
> **Cc:** "Craig S. Mielke" <csm@fmcolaw.com>
> **Subject: RE: Davis. et al., v Packer**
>
> I will do my best
>
> -----Original Message-----
> From: Peter L. Currie [mailto:plc@fmcolaw.com]
> Sent: Thursday, February 11, 2016 11:33 AM
> To: James K. Borcia
> Cc: Craig S. Mielke
> Subject: Re: Davis. et al., v Packer
>
> If you won't agree to produce these within two weeks, let me know when you're available for a Rule 37 conference.
> Thanks,
>
> Peter Currie, Esq.
> Foote, Mielke, Chavez & O'Neil, LLC
> 10 West State Street
> Geneva, IL 60134
> Suite 200

(630) 232-7450

55 West Wacker Drive
9th Floor
Chicago, IL 60602
plc@fmcolaw.com

Sent from my iPhone

On Feb 11, 2016, at 11:06 AM, Peter L. Currie <plc@fmcolaw.com> wrote:

> I also don't see that Director and Officer (D&O) policies for 2007-2011 have been produced. If they haven't, please resend them. As for timing, we will agree to two weeks for your client to produce them. Our position is that these are overdue.
>
> Thanks,
>
> Peter Currie, Esq.
>
> Foote, Mielke, Chavez & O'Neil, LLC
>
> 10 West State Street
>
> Geneva, IL 60134
>
> Suite 200
>
> (630) 232-7450
>
> 55 West Wacker Drive
>
> 9th Floor
>
> Chicago, IL 60602
>
> plc@fmcolaw.com
>
> Sent from my iPhone
>
>> On Feb 11, 2016, at 10:59 AM, Peter L. Currie <plc@fmcolaw.com> wrote:
>>
>> In reviewing the file I don't see that they've been produced. If you did produce them already, please resend them. We need them because there was alleged unlawful conduct in each of those years, not just 2010 & 2011, which policies have been produced.
>>
>> Thanks,
>>
>> Peter Currie, Esq.
>>
>> Foote, Mielke, Chavez & O'Neil, LLC

2

10 West State Street

Geneva, IL 60134

Suite 200

(630) 232-7450

55 West Wacker Drive

9th Floor

Chicago, IL 60602

plc@fmcolaw.com

Sent from my iPhone

> On Feb 11, 2016, at 10:55 AM, James K. Borcia <JBorcia@tresslerllp.com> wrote:
>
> I will attempt to locate them but it may take me a while
>
> Why do you need this and why is this just coming up now?
>
> -----Original Message-----
> From: Peter L. Currie [mailto:plc@fmcolaw.com]
> Sent: Thursday, February 11, 2016 10:50 AM
> To: James K. Borcia
> Cc: Craig S. Mielke
> Subject: Re: Davis. et al., v Packer
>
> Jim,
> Let me know your position on this.
> Thanks,
>
> Peter Currie, Esq.
> Foote, Mielke, Chavez & O'Neil, LLC
> 10 West State Street
> Geneva, IL 60134
> Suite 200
> (630) 232-7450

3

55 West Wacker Drive

9th Floor

Chicago, IL 60602

plc@fmcolaw.com

Sent from my iPhone

> On Feb 8, 2016, at 12:38 PM, Peter L. Currie <plc@fmcolaw.com> wrote:
>
> Jim,
>
> I hope this finds you well. In reviewing the file, I noticed that you produced the Employment Practices Liability policies for years 2010-2011, but not 2007-2009. Please forward the EPL policies for those years.
>
> Very truly,
>
> Peter Currie, Esq.
>
> Foote, Mielke, Chavez & O'Neil, LLC
>
> 10 West State Street
>
> Geneva, IL 60134
>
> Suite 200
>
> (630) 232-7450
>
> 55 West Wacker Drive
>
> 9th Floor
>
> Chicago, IL 60602
>
> plc@fmcolaw.com
>
> Sent from my iPhone

4