JKB/cmj/660707                                                                                           2246-650-51

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANYA DAVIS, SHANNON WEBB, and BERNESSA WILSON, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 11-cv-07923 |
| v. | ) ) Judge Andrea Wood |
| PACKER ENGINEERING, INC. and THE PACKER GROUP, INC., | ) ) ) Magistrate Judge Arlander E. Keys |
| Defendants. | ) ) ) |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

Defendants, Packer Engineering, Inc. and The Packer Group, Inc., by and through their attorneys, Tressler LLP, for their Response to Plaintiffs' Motion to Compel state as follows:

1. On March 1, 2016 Plaintiffs filed a Motion to Compel that is in direct violation of both this Court's Discovery Motion Practice and Local Rule 37.2.

2. Prior to filing the motion, Plaintiffs' counsel failed to conduct the necessary Rule 37.2 conference. The Court's discovery motion practice specifically states that the exchange of correspondence will not normally be sufficient to comply with Local Rule 37.2.

3. Subsequent to the filing of the motion, on March 3, 2016 Defendants' counsel reached out to Plaintiffs' counsel in an attempt to resolve this motion. Defendants' counsel pointed out to Plaintiffs' counsel that the motion was both procedurally and substantively improper. Specifically, discovery closed in this case long ago. Also, Defendants have already produced the insurance policy relevant to the claims to this case, and the additional insurance polices Plaintiffs seek are irrelevant to the claims in this case.

4. On March 3, 2016 Defendants' counsel also requested that Plaintiffs' counsel have a Rule 37 conference. Defendants' counsel called Plaintiffs' counsel and left a voice mail for Plaintiffs' counsel on that day. (See Email correspondence attached hereto as Exhibit 1).

WHEREFORE, Defendants, Packer Engineering, Inc. and The Packer Group, Inc., respectfully request that this Court deny Plaintiff's Motion to Compel and further order that Plaintiffs be ordered to pay Defendants' reasonable attorneys' fees in responding to this motion.

PACKER ENGINEERING, INC. and THE
PACKER GROUP, INC.

By: /s/James K. Borcia
    One of Their Attorneys

James K. Borcia (jborcia@tresslerllp.com)
Ryan Taylor (rtaylor@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000