**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| DANYA DAVIS, SHANNON WEBB and BERNESSA WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 11-cv-07923 |
| PACKER ENGINEERING, INC. and PACKER GROUP, INC., | ) ) ) | Honorable Judge Andrea R. Wood |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT AGAINST
PLAINTIFF WEBB ON HIS HOSTILE WORK ENVIRONMENT CLAIM**

Defendant, Packer Engineering, Inc. ("Packer Engineering"), by and through its attorneys, Tressler LLP, hereby moves for judgment against Plaintiff, Shannon Webb ("Webb"), on his claim for hostile work environment, and in support thereof states as follows:

1.      Plaintiffs filed an Amended Complaint in this matter.  Count II of the Amended Complaint is a claim by Webb against Defendant for hostile work environment and retaliation in violation of Title 7 of the Civil Rights Act of 1964, 42 U.S.C. § 2000, *et seq.*

2.      At the final pretrial conference on January 3, 2017, Plaintiffs' counsel conceded that Webb is no longer pursuing a hostile work environment claim.

3.      As a result, judgment should be entered in favor of Defendant and against Plaintiff Webb on his hostile work environment claim.

WHEREFORE, Defendant, Packer Engineering, Inc., respectfully requests this Honorable Court to enter judgment in its favor and against Plaintiff, Shannon Webb on his claim for hostile work environment.

PACKER ENGINEERING, INC.

By:    /s/ James K. Borcia                
One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

#680771