# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

DANYA DAVIS, et al.,

Plaintiff(s),

v.

PACKER ENGINEERING, INC., et al.,

Defendant(s).

Case No. 11 CV 7923
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Plaintiffs Danya Davis and Bernessa Wilson and against Defendant Packer Engineering, Inc. in the amount of $50,000 each.

This action was *(check one)*:

☐ tried by a jury with Judge Andrea R. Wood presiding, and the jury has rendered a verdict.
☐ tried by Judge Andrea R. Wood without a jury and the above decision was reached.
☒ decided by Judge Andrea R. Wood on a motion to reduce jury verdict [200].

Date: 8/2/2017          Thomas G. Bruton, Clerk of Court

Enjoli Fletcher, Deputy Clerk