# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANYA DAVIS, SHANNON WEBB and DANYA DAVIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 11-cv-07923 |
| | ) |
| PACKER ENGINEERING, INC. and PACKER GROUP, INC. | ) Honorable Judge Andrea R. Wood ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANT PACKER ENGINEERING, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO PLAINTIFF DANYA DAVIS

Defendant, Packer Engineering, Inc. ("Packer Engineering"), pursuant to Federal Rule of Civil Procedure 50(a), submits this Motion for Judgment as a Matter of Law for the judgment entered by the Court on August 2, 2017. For the reasons outlined in its accompanying memorandum of law, there was no legally sufficient evidentiary basis for a reasonable jury to find in favor of Plaintiff Danya Davis. Accordingly, Packer Engineering respectfully requests that this Court grant its Motion for Judgment as a Matter of Law. Judgment should be entered in favor of Defendant Packer Engineering and against Plaintiff Danya Davis, and the Court should grant Packer Engineering such other and further relief as it deems just and proper.

PACKER ENGINEERING, INC.

By:   /s/ James K. Borcia
      One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000