JKB/690888　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2246-650

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANYA DAVIS, SHANNON WEBB and BERNESSA WILSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 11-cv-07923 ) |
| PACKER ENGINEERING, INC. and PACKER GROUP, INC., | ) Honorable Judge Andrea R. Wood ) ) ) |
| Defendants. | ) |

## DEFENDANT PACKER ENGINEERING, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO PLAINTIFF BERNESSA WILSON

Defendant, Packer Engineering, Inc. ("Packer Engineering"), pursuant to Federal Rule of Civil Procedure 50(a), submits this Motion for Judgment as a Matter of Law for the judgment entered by the Court on August 2, 2017. For the reasons outlined in the accompanying memorandum of law, there was no legally sufficient evidentiary basis for a reasonable jury to find in favor of Plaintiff Bernessa Wilson. Accordingly, Packer Engineering respectfully requests that this Court grant its Motion for Judgment as a Matter of Law. Judgment should be entered in favor of Packer Engineering and against Bernessa Wilson, and the Court should grant Packer Engineering such other and further relief as it deems just and proper.

WHEREFORE, Defendant, Packer Engineering, Inc. respectfully requests that this Honorable Court grant its Motion for Judgment as a Matter of Law as to Plaintiff Bernessa Wilson.

　　　　　　　　　　　　　　　　　　　　PACKER ENGINEERING, INC.

　　　　　　　　　　　　　　　　　　　　By:　　/s/ James K. Borcia　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000